United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS FERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>    Defendant. | Case No. 16-cv-02833-BLF<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR ALL PURPOSES**<br><br>Re: ECF 6, 9 |

Pursuant to Local Rule 72-1 and the consent of the parties, this matter is referred for random assignment of a Magistrate Judge for all purposes including trial and entry of judgment.

The parties will be advised of the date, time and place of the next appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: June 29, 2016

_____
BETH LABSON FREEMAN
United States District Judge